FILIP DEUTSCH, Appellant, *v.* METROPOLITAN STREET RAILWAY COMPANY, Respondent.

*Deutsch* v. *Metropolitan Street Ry. Co.*, 99 App. Div. 624, affirmed.
(Argued March 14, 1906; decided April 3, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 10, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Charles Steckler* and *Levin L. Brown* for appellant.

*Bayard H. Ames* and *Henry A. Robinson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER and CHASE, JJ. Dissenting: EDWARD T. BARTLETT, VANN and WILLARD BARTLETT, JJ.